AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Northern District of Indiana

| | | |
|---|---|---|
| United States of America<br>v.<br><br>LUIS GARCIA<br><br><br><br>_____<br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No.<br><br>3:24-MJ-92 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 07/21/2024 _____ in the county of _____ Elkhart _____ in the _____ Northern _____ District of _____ Indiana _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm. |

This criminal complaint is based on these facts:

See Affidavit of Brandon Stec, Task Force Officer, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

☑ Continued on the attached sheet.

*TFO Brandon Stec*
_____
*Complainant's signature*

Brandon Stec, TFO, ATF
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 10/24/2024 _____

City and state: _____ Hammond, IN _____

s/John E. Martin
_____
*Judge's signature*

Hon. John E. Martin, U.S. Magistrate Judge
_____
*Printed name and title*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Brandon Stec, Task Force Officer, Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, deposes and states the following:

*Introduction*

I am a sworn South Bend Police Officer assigned to the Bureau of Alcohol, Tobacco, Firearms, and Explosives Project Disarm Task Force as a Task Force Officer. This Task Force investigates violations of Federal Firearm Laws as well as other violations relating to the possession and use of illegal firearms, and the use of firearms while engaged in the distribution and manufacturing of controlled substances in the Northern District of Indiana. It is common for the ATF to receive referrals from local law enforcement regarding violations of Federal Firearm Laws.

I have been a sworn police officer since March 2007. I completed training at the Harford County Sheriff's Office Police Academy. I have received numerous hours of controlled dangerous substance training including the detection and identification of such substances. I have received additional training on Federal Firearms Laws and investigations.

1

Based on your affiant's training and experience, your affiant knows that Title 18, United States Code, Sections 922(g)(1) provides that it is unlawful for any person previously convicted of a crime punishable but more than a year of imprisonment (generally, a felony) to possess a firearm or ammunition.

*Person to be arrested*

Affiant seeks to arrest and criminally complaint Luis GARCIA for violations of Title 18, United States Code, Section 922(g)(1): It shall be unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to possess any firearm or ammunition in or affecting commerce.

*The Investigation*

The information contained in this affidavit was developed during an investigation initiated by the Goshen Police Department.  This information was then provided to the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Project Disarm Task Force as it relates to a convicted felon in possession of a firearm and ammunition in the City of Goshen, Indiana, Elkhart County, Northern District of Indiana.

1.    On July 21, 2024, Goshen Police Officers were flagged down at the El Imperial Bar located at 113 South Main Street, Goshen, IN in reference to an incident involving an individual with a firearm.

2

2.      During this investigation officers determined Luis GARCIA entered the bar and observed an individual he was feuding with.  An on-site security guard who is employed by Black Knight Security, Alexis Martinez-Palacios, observed GARCIA reaching for the firearm in his waistband and wrapped his arms around him removing him from the bar.  Once outside the bar the firearm was removed from GARCIA'S person, and he ran away.

3.      GARCIA was identified by his identification upon entering the bar. Further, two security guards (including Martinez-Palacios) were provided with a photographic lineup and positively identified GARCIA as the suspect.

4.      The firearm was determined to be a Glock 27 .40 caliber pistol and was found to have a machinegun conversion device attached to it.  The firearm, later test-fired, functioned as a fully automatic firearm.

5.      On October 5, 2024, Goshen Police Department conducted a traffic stop near the intersection of Pike Street and New Street in Goshen, IN for an infraction.  The rear seat passenger of this vehicle was identified as Luis GARCIA.  The vehicle was emitting the odor of marijuana and was subsequently searched.  Located in the backseat passenger's side floorboard was a backpack.  In the backpack officers located a digital scale, an amount of cocaine consistent with that of dealing (approximately 33 grams), and a Glock 19 9mm pistol.  Also in the backpack was a paper receipt with the signature of Luis GARCIA on it and a fingerprint on the back.

3

6.      GARCIA was transported to the Goshen Police Department where ATF Task Force Officer Brandon Stec interviewed him after advising GARCIA of his *Miranda* rights and GARCIA waived them, agreeing to answer questions. The following is a brief summary of a lengthy conversation with GARCIA and is not intended as a transcript. TFO Stec questioned GARCIA about the incident at the bar on July 21, 2024. GARCIA initially denied his involvement but after being confronted with the fact the security guards were wearing body cameras, GARCIA acknowledged the incident and said the firearm he had was not his. Further, GARCIA admitted to knowing what a machine gun conversion device does, making the firearm fully automatic. In addition, GARCIA admitted to possessing the firearm in the backpack located during the traffic stop and admitted to possessing the cocaine with the intention to sell it to make money for his family.

7.      A check of GARCIA'S criminal history revealed he has been convicted of multiple felonies, including Carrying a Handgun without a License under Elkhart County cause number 20D02-2112-F5-000295, to which he was sentenced to 4 years with 3 years suspended in 2022.

8.      Your affiant has examined numerous firearms over the course of his law enforcement career. To your affiant's knowledge, Glock firearms are not manufactured within the State of Indiana, and thus by their presence in Indiana, must have traveled in interstate or foreign commerce. Moreover, the

4

Glock 27 recovered from GARCIA on July 21, 2024, bears a manufacturer's stamp that the firearm was made in Austria.

*Conclusion*

Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of an arrest warrant and a complaint charging Luis GARCIA with violations of Title 18, United States Code, Section 922(g)(1), it does not contain all information known to me concerning this investigation.

Further your affiant sayeth not.

*TFO Brandon Stec*
_____
Task Force Officer Brandon Stec
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn before me this 24th day of October 2024.

s/John E. Martin
_____
Honorable John E. Martin
Magistrate Judge
Northern District of Indiana

5